## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

| | |
|---|---|
| In Re: | Case No. 18-10358 |
| Alvin D. Manning<br>Bonnie K. Manning | Chapter 13 |
| Debtors | Judge Joan A. Lloyd |

**AGREED ORDER TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY REGARDING PROPERTY KNOWN AS 152 STONE RD., WOODBURN, KY 42170 (Doc. No. 25)**

This matter came to be considered on the Motion for Relief from Stay regarding property known as 152 STONE RD., WOODBURN, KY 42170, set for Thursday, March 21, 2019 at 9:00 a.m.

The parties have alleged that good cause exists to continue the hearing.

IT IS, THEREFORE ORDERED that the hearing on the Debtor's Motion for Relief from Stay regarding property known as 152 STONE RD., WOODBURN, KY 42170 is continued to _____ at _____ a.m./p.m.

**IT IS SO ORDERED.**

Agreed Upon:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/ Robert C. Chaudoin
Robert C. Chaudoin
519 E. 10th Street
P.O. Box 390
Bowling Green, KY 42102-0390
Phone: 270.842.5611
chaudoin@harlinparker.com
Debtors' Attorney
**(Per Authorization received on 3/19/2019)**

Copies to:

Robert C. Chaudoin
519 E. 10th Street
P.O. Box 390
Bowling Green, KY 42102-0390
chaudoin@harlinparker.com

William W Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Asst. U.S. Trustee
Office of the U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Alvin D. Manning, Debtor
152 Stone Road
Woodburn, KY 42170

Bonnie K. Manning, Debtor
152 Stone Road
Woodburn, KY 42170